tmd3574/mrm

UNITED STATES BANKRUPTCY COURT             October 4, 2018

EASTERN DISTRICT OF NEW YORK                09:30 AM

=================================X

IN RE:                                                              Case No. 818-74826-AST

MARYLOU C GATTO                                    Hon. ALAN S. TRUST
AKA MARYLOU GATTO
AKA MARYLOU C CANEVARI
AKA MARY LOU C GATTO
AKA MARY LOU CANEVARI
AKA MARY LOU GATTO
AKA MARYLOU C CAVEVARI
AKA MARY LOU C CANEVARI

**NOTICE OF MOTION**

Debtor.

=================================X


PLEASE TAKE NOTICE, that upon the within application, Marianne DeRosa, Chapter 13 Trustee will move this court before the Hon. Alan S. Trust, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at  290 Federal Plaza, Room 963, Central Islip, New York, 11722, on October 4, 2018 at  09:30 AM or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Marianne DeRosa, Esq., no later than seven (7) business days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:   Jericho, New York
          September 17, 2018

/s/ Marianne DeRosa
MARIANNE DeROSA, TRUSTEE
125 JERICHO TURNPIKE; STE 105
JERICHO, NY 11753
(516) 622-1340

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

===================================X

IN RE:

MARYLOU C GATTO
AKA MARYLOU GATTO
AKA MARYLOU C CANEVARI
AKA MARY LOU C GATTO
AKA MARY LOU CANEVARI
AKA MARY LOU GATTO
AKA MARYLOU C CAVEVARI
AKA MARY LOU C CANEVARI

Debtor.

===================================X

tmd3574/mrm
October 4, 2018
09:30 AM

Case No: 818-74826-AST

Hon. ALAN S. TRUST

**APPLICATION**

TO THE HONORABLE ALAN S. TRUST U.S. BANKRUPTCY JUDGE:

MARIANNE DEROSA, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on July 18, 2018, and, thereafter, MARIANNE DEROSA was duly appointed and qualified as Trustee.

2.      Furthermore, the Debtor has failed to:

a. commence making Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. § 1326(a)(1); and

b. provide the Trustee with disclosure documentation as required by E.D.N.Y LBR 2003-1; and

c. appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343.

3.      The Debtor's failure to provide these items impedes the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

4.      Each of the foregoing constitutes cause to dismiss this Chapter 13 case within meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: Jericho, New York
       September 17, 2018

                                    *s/Marianne DeRosa*
                                    Marianne DeRosa
                                    Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Case No: 818-74826-AST
IN RE:

  MARYLOU C GATTO
  AKA MARYLOU GATTO
  AKA MARYLOU C CANEVARI
  AKA MARY LOU C GATTO
  AKA MARY LOU CANEVARI
  AKA MARY LOU GATTO
  AKA MARYLOU C CAVEVARI
  AKA MARY LOU C CANEVARI

                                    CERTIFICATE OF SERVICE
                                           BY MAIL
                  Debtor.
-----------------------------------------------------------X

        This is to certify that I, Matthew R. Matz, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

MARYLOU C GATTO
11 WINSTON DRIVE
SMITHTOWN, NY 11787

RICHARD A  JACOBY, ESQ.
JACOBY & JACOBY
1737 NORTH OCEAN AVENUE
MEDFORD, NY 11763

DITECH FINANCIAL LLC
RAS BORISKIN, LLC
900 MERCHANTS CONCOURSE, SUITE 310
WESTBURY, NY 11590

This September 17, 2018

/s/Matthew R. Matz
Matthew R. Matz, Paralegal
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
125 Jericho Turnpike; Suite 105
Jericho, NY 11753
(516) 622-1340

CASE NO:  818-74826-AST
Hon. ALAN S. TRUST

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
==========================================================================
IN RE:

MARYLOU C GATTO
AKA MARYLOU GATTO
AKA MARYLOU C CANEVARI
AKA MARY LOU C GATTO
AKA MARY LOU CANEVARI
AKA MARY LOU GATTO
AKA MARYLOU C CAVEVARI
AKA MARY LOU C CANEVARI

              Debtor.
=======================================================================

NOTICE OF MOTION AND APPLICATION TO DISMISS CASE

=======================================================================

MARIANNE DeROSA, TRUSTEE
125 JERICHO TURNPIKE; SUITE 105
JERICHO, NY 11753
(516) 622-1340